IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY A. WILLIAMS, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 16-515-WS-N |
| : | |
| PROVIDENCE : | |
| HOSPITAL/PROVIDENCE : | |
| HEALTH SYSTEMS, : | |
| : | |
| Defendant. | |

ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be dismissed with prejudice prior to service of process as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to state a claim pursuant to U.S.C. § 1915(e)(2)(B)(ii) and Rule 12(b)(6).

DONE this 12th day of January, 2017.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE